08-18-00086-CR

ACCEPTED
08-18-00086-CR
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
5/29/2018 9:04 AM
DENISE PACHECO
CLERK

## CAUSE NO. 17-06-05848-CRW

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **vs.** | § | **143RD JUDICIAL DISTRICT** |
| | § | |
| **KAIRI SHOREA JERNIGAN** | § | **WARD COUNTY, TEXAS** |

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
5/29/2018 9:04:05 AM
DENISE PACHECO
Clerk

### NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes KAIRI SHOREA JERNIGAN, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against KAIRI SHOREA JERNIGAN on February 14, 2018.

Respectfully submitted,

ROBERT V GARCIA, JR.

413 N. Texas Avenue
Odessa, Texas 79761
Tel: (432) 332-6756
Fax: (432) 332-6759

By: ___/s/ Robert V. Garcia, Jr._____
    Robert V. Garcia, Jr.
    State Bar No. 07645200
    Rvgbob@aol.com
    Attorney for KAIRI SHOREA JERNIGAN

## CERTIFICATE OF SERVICE

This is to certify that on May 29, 2018, a true and correct copy of the above and foregoing document was served on the Ward County District Attorney's Office, via facsimile: Fax: (432) 943-3626.

<u>  /s/   Robert V. Garcia, Jr.      </u>
ROBERT V. GARCIA, JR.